**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| **POPSOCKETS LLCS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MOUS PRODUCTS LTD.,** | ) | |
| Defendant. | ) | |
| | ) | Case No. 2:26-cv-00081 |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND**

Plaintiff PopSockets LLC ("PopSockets") hereby files this unopposed motion to extend the deadline for Defendant Mous Products Ltd. ("Mous") to respond to PopSockets' Complaint (Dkt. 1).

PopSockets served the summons and complaint on Mous on May 6, 2026.  Dkt. 11.  In correspondence between the parties, Mous has agreed not to contest that service was properly nor that it was effected on May 6, 2026, but has requested an additional thirty (30) days to respond to the complaint.  PopSockets does not object to this request, and respectfully requests that this Court enter an Order extending Mous' deadline to respond to Popsockets' Complaint until and including June 26, 2026. A proposed order is attached.

Dated:  May 21, 2026

Respectfully submitted,

/s/  *Claire Henry*

Ian Washburn (*pro hac vice*)
iwashburn@irell.com
Andrew Strabone (*pro hac vice*)

astrabone@irell.com
N. Isabella Chestney (*pro hac vice*)
ichestney@irell.com

**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel. (310) 277-1010
Fax (310) 203-7199

Of Counsel:
Claire Abernathy Henry
State Bar No. 24053063
claire@millerfairhenry.com
Garrett Parish
SBN 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff PopSockets LLC*


### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendant and this motion is unopposed.

*/s/ Claire Henry*