## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

**POPSOCKETS LLCS**                          )
                                             )
       Plaintiff,                    )
                                             )
  v.                                     )
                                             )
**MOUS PRODUCTS LTD.,**                       )
     Defendant.                        )
                                             )  Case No. 2:26-cv-00081
                                             )
                                             )  JURY TRIAL DEMANDED
                                             )
                                             )

## ORDER

The Court, having considered Plaintiff's Unopposed Motion to Extend Deadline to Respond,

is of the opinion that said motion should be **GRANTED**.

    **IT IS SO ORDERED.**